

**Jeffrey R. Maguire**, Esq., Partner     o: (212) 939-7229     f: (212) 531-6129
a: 445 Hamilton Avenue, Suite 1500, White Plains, NY 10601
e: jmaguire@stevensonmarino.com

September 23, 2025

<u>Via ECF</u>
The Honorable James R. Cho
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Barahona v. HK Marble & Tile Corp. et al.*
     <u>Docket No: 23-cv-7803 (JRC)</u>

Dear Judge Cho:

  We represent Plaintiff Ciro Barahona, and the plaintiffs that have opted into the matter pursuant to 29 U.S.C. 216(b) (collectively as "Plaintiffs"), in the above-referenced matter against HK Marble & Tile Corp. and Hiu Iam Sze (collectively as "Defendants") asserting claims under the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"). We write to apprise the Court that the parties have reached settlement in principle. Accordingly, we respectfully request thirty days to file the necessary documents for settlement.

  We thank the Court for its time and attention to this matter.

                Respectfully submitted,

                _____
                Jeffrey R. Maguire
                Stevenson Marino LLP

To: Defendants' Counsel *via* ECF