

**Jeffrey R. Maguire**, Esq., Partner    o: (212) 939-7229    f: (212) 531-6129
a: 445 Hamilton Avenue, Suite 1500, White Plains, NY 10601
e: jmaguire@stevensonmarino.com

December 23, 2025

<u>Via ECF</u>
The Honorable James R. Cho
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Barahona v. HK Marble & Tile Corp. et al.*
               <u>Docket No: 23-cv-7803 (JRC)</u>

Dear Judge Cho:

     We represent Plaintiff Ciro Barahona, and the plaintiffs that have opted into the matter pursuant to 29 U.S.C. 216(b) (collectively as "Plaintiffs"), in the above-referenced matter against HK Marble & Tile Corp. and Hiu Iam Sze (collectively as "Defendants"). We write now, on behalf of Plaintiffs and Defendants, to respectfully request a seven-day extension of the parties' deadline to file the settlement papers, extending the deadline from December 24, 2025, to December 31, 2025.

     The reason for the extension is that the parties have obtained all signatures and now only need to finalize the approval motion. This is the parties' third request for extension of this deadline.

     We thank the Court for its time and attention to this matter.

                                                        Respectfully submitted,

                                                        Jeffrey R. Maguire, Esq.
                                                        Stevenson Marino LLP

To Defendants' Counsel *via* ECF